UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAN LIN,

                Petitioner,

     -v-

LADEON FRANCIS *et al.*,

                Defendants.

25 Civ. 10001 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 14, 2025, the Court received an email communication from counsel for petitioner Yan Lin, requesting a 10-page enlargement of his reply brief (to 20 pages total). The Court grants the request.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: December 15, 2025
       New York, New York