**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
YAN LIN,

                              Plaintiff,

          -against-                                      25 **CIVIL** 10001 (PAE)

                                                 **JUDGMENT**

LADEON FRANCIS, Acting Field Office Director
of New York, Immigration and Customs
Enforcement, et al.,

                             Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 29, 2025, the Court has denied the petition. In light of the closing of this case, the Court's order at docket 6, prohibiting ICE from removing Lin from the United States, is no longer in effect; accordingly, the case is closed.

**Dated:** New York, New York

        December 30, 2025

                                          **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                             **BY:**       *K. mango*

                                            **Deputy Clerk**